# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 211 WAL 2016
                  : 
         Respondent         : 
                  :   Petition for Allowance of Appeal from
                  :   the Order of the Superior Court
           v.               : 
                  : 
                  : 
MICHAEL HAMILTON,           : 
                  : 
         Petitioner          : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.